1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSE ANGEL C. BARAJAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB; BRADLEY THOMAS LUDES; WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY AS TRUSTEE; NDEX WEST, LLC; and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | CASE NO.: 8:13-cv-01246-JVS-JPR<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Honorable James V. Selna]* |

On December 18, 2013, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court entered an Order granting the Motion to Dismiss the Entire Complaint For Plaintiff's Failure to Comply With the Court's Order filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued as "WORLD SAVINGS BANK, FSB"

and "WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE") and Golden West Savings Association Service Co. ("Golden West") (collectively "Wells Fargo") and dismissed the Complaint with prejudice. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;
2. Judgment is entered in favor of defendant Wells Fargo;
3. Plaintiff Jose Angel C. Barajas shall take and recover nothing in this action from Wells Fargo; and
4. As the prevailing party, Wells Fargo may submit motions to tax costs and recover reasonable attorneys' fees.

Dated: January 24, 2014

  _____
  THE HONORABLE JAMES V. SELNA
  UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On December 18, 2013, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on all interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System:**

*Attorneys for Plaintiff:*

Joseph Sclafani
Law Office of Joseph Sclafani
12981 Perris Blvd., Suite 113
Moreno Valley, CA 92553
Tel: 951.242.7028
sclafani@daytyme.com

**[X]** **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on December 18, 2013.

<u>MICHAEL KAPLAN</u>               <u>*/s/ Michael A. Kaplan*</u>
(Type or Print Name)              (Signature of Declarant)